# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN
# MILWAUKEE DIVISION

AARON RINGMEIER, an individual,

        Plaintiff

v.

DEL MONTE FRESH PRODUCE
N.A, INC., a Florida company,

        Defendant.

Case No. 2:18-cv-01611- LA

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Now comes Plaintiff Aaron Ringmeier, an individual, and Defendant Del Monte Fresh Produce N.A., Inc., a Florida company, who, by and through their respective attorneys, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby jointly stipulate to the dismissal of all claims against Defendant Del Monte Fresh Produce N.A., Inc., with prejudice, with each side bearing its own costs and attorney's fees.

Respectfully submitted,

Dated: July 13, 2020.

**MARLER CLARK, L.L.P., P.S.**

By: s/Denis W. Stearns
Denis W. Stearns
(Wis. Bar. No. 1020675)
1012 First Avenue, Fifth Floor
Seattle, WA 98104
Tel.: (206) 346-1888
Fax: (206) 346-1898
dstearns@marlerclark.com

**ATTORNEYS FOR PLAINTIFF
AARON RINGMEIER**

Dated: July 13, 2020.            **HELLMUTH & JOHNSON**

           By:   s/Anne T. Regan
                Jonathan D. Jay (ID No. 18603X)
                Anne T. Regan (ID No. 0333852)
                8050 West 78th Street
                Edina, MN 55439
                Tel.: (952) 941-4005
                Fax: (952) 941-2337
                jjay@hjlawfirm.com
                aregan@hjlawfirm.com

                **ATTORNEYS FOR DEFENDANT DEL MONTE FRESH PRODUCE N.A., INC.**