UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
_____

AARON RINGMEIER,
       Plaintiff,

v.                                                 Case No. 18-cv-1611

DEL MONTE FRESH PRODUCE N.A., INC.,
       Defendant.
_____

## ORDER

      The parties filed a stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). They also submitted a proposed order purporting to dismiss the case. However, a stipulation of dismissal is self-executing, and no separate order is necessary. Therefore, I will not sign the proposed order. *See Scott v. Delbert Servs. Corp.*, 973 F.Supp.2d 949 (E.D. Wis. 2013).

      Dated at Milwaukee, Wisconsin, this 14th day of July, 2020.

                                                  s/Lynn Adelman_____
                                                  LYNN ADELMAN
                                                  District Judge